No. 03–846. DUSTIN v. RAMIREZ-PALMER, WARDEN, ET AL. C. A. 9th Cir. Certiorari denied.

No. 03–848. LAN LAN WANG v. DANIELS, SECRETARY OF STATE OF NEW YORK. App. Div., Sup. Ct. N. Y., 1st Jud. Dept. Certiorari denied.

No. 03–851. STOVALL ET UX. v. CITY OF STREETSBORO, OHIO. Ct. App. Ohio, Portage County. Certiorari denied.

No. 03–852. AUTODISC, INC., ET AL. v. JINKERSON. Ct. App. Cal., 6th App. Dist. Certiorari denied.

No. 03–856. PHONOMETRICS, INC. v. HYATT CORP. ET AL. C. A. Fed. Cir. Certiorari denied.

No. 03–857. VANKE, INDIVIDUALLY AND ON BEHALF OF ALL OTHERS SIMILARLY SITUATED, ET AL. v. BACA. C. A. 9th Cir. Certiorari denied.

No. 03–859. ABN AMRO MORTGAGE GROUP, INC. v. WEIZEOR-ICK ET UX. C. A. 7th Cir. Certiorari denied.

No. 03–861. BLACK v. DELTA AIR LINES, INC., ET AL. Sup. Ct. Tex. Certiorari denied.

No. 03–865. BURTON v. CONNECTICUT YANKEE ATOMIC POWER CO. C. A. 2d Cir. Certiorari denied.

No. 03–868. JAFFE v. VIRGINIA PHOTOTHERAPY, L. L. C. Sup. Ct. Va. Certiorari denied.

No. 03–869. ACCUSCAN, INC. v. XEROX CORP. C. A. Fed. Cir. Certiorari denied.

No. 03–874. GEISSAL, AS PERSONAL REPRESENTATIVE OF THE ESTATE OF GEISSAL v. MOORE MEDICAL CORP. ET AL. C. A. 8th Cir. Certiorari denied.

No. 03–875. ELJACK v. SECURITY ENGINEERS, INC., ET AL. C. A. 11th Cir. Certiorari denied.